# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CALDERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SNYDER, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0047-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion to modify the schedule (ECF No. 26).

Pursuant to the court's June 12, 2019, scheduling order, the parties were permitted to conduct discovery through October 14, 2019. Defendants seek modification of the schedule to allow time for additional discovery following the court's ruling on plaintiff's motion for a protective order related to plaintiff's deposition. By separate order issued herewith, the court has appointed limited purpose counsel and granted plaintiff's motion for a protective order. Accordingly, and for good cause shown, the court will also grant defendants' motion to modify the current litigation schedule.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the schedule (ECF No. 26) is granted.

2. The parties may conduct discovery until June 1, 2020. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date. Any motions necessary to compel discovery shall be filed within 60 from this cut-off date.

3. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

4. At a later stage in the proceedings, the court will issue a final scheduling order.

Dated: November 14, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE