# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CALDERA, | No. 2:19-CV-0047-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SNYDER, et al., | |
| Defendants. | |

Plaintiff, a prisoner currently proceeding with appointed pro bono counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's pro se motion to compel (ECF No. 27). Plaintiff motion was filed on October 17, 2019 – prior to the appointment of pro bono counsel and the court's November 14, 2019, order extending discovery through June 1, 2020. Given the appointment of counsel and extension of the discovery cut-off date, and for the good of the record, plaintiff's pro se motion to compel is denied without prejudice to renewal by appointed counsel.

IT IS SO ORDERED.

Dated: January 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1