IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Manuel Caldera

        Plaintiff(s)

vs.

Synder et. al.

        Defendants.

No. 2:19-cv-00047 WBS DMC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Daniel Linhardt, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 11/14/2019, by the Honorable Dennis Cota, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Attend the deposition of my client Manuel Caldera on March 19, 2020 at CIM Chino, Chino, California.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $360.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:19-cv-00047 WBS DMC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $239 | Air fare SMF to ONT and return | |
| | | |
| $12 | Parking at SMF | |
| $20 | Mileage Diamond Springs to SMF and return | |
| $80 | Car rental and gas Lax to State prison in Chino | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of February, 20 20, at Diamond Springs, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: February 18, 2020

*[signature]*

United States ~~District Judge~~/Magistrate Judge