IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CALDERA,

    Plaintiff,

  v.

SNYDER, et al.,

    Defendants.

No. 2:19-CV-0047-WBS-DMC-P

<u>ORDER</u>

        Plaintiff, a prisoner proceeding with counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter having come before the Court on the parties' stipulation to modify the scheduling order and good cause appearing, the stipulation is GRANTED.

        Plaintiff shall file any motion to amend the pending complaint by October 1, 2020. The time to complete the deposition of the Plaintiff is extended until December 1, 2020, and the time to file dispositive motions is extended until ninety days thereafter.

        IT IS SO ORDERED.

Dated: May 21, 2020

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE